IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUFAULA DRUGS, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:05-cv-293-MEF |
| TDI MANAGED CARE SERVICES, INC., *et al.*, | ) (WO - DO NOT PUBLISH) |

**FINAL JUDGMENT**

In accordance with the parties agreement, as evidenced by the Joint Stipulation of Settlement (Doc. #189-2) filed in this case on February 20, 2004, it is hereby

ORDERED that Plaintiffs' Amended Complaint (Doc. #66) is DISMISSED with prejudice and without costs, except as provided in the Settlement Agreement, as against EHS.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 23rd day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE